IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW PERRONG | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MEDICAL GUARDIAN LLC | : | NO. 19-2371 |

# **O R D E R**

**AND NOW,** this 8th day of September 2020, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

                                                  Kate Barkman
                                                  Clerk of Court

                                        By:    __s/ Joseph Walton_____
                                                       *Deputy Clerk*